**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
YESSICA RODRIGUEZ, *individually and on behalf of others similarly situated,*

                  *Plaintiff,*

     -against-

COATZINGO BAKERY & MEXICAN PRODUCTS CORP. (D/B/A COATZINGO BAKERY), RUFINO ZAPATA, and MELITON ZAPATA,

                  *Defendants.*
-----------------------------------------------------------X

Case No. **1:20-cv-03633-PKC-RLM**

**OFFER OF JUDGMENT PURSUANT TO FRCP 68**

      Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants COATZINGO BAKERY & MEXICAN PRODUCTS CORP. (D/B/A COATZINGO BAKERY), RUFINO ZAPATA, and MELITON ZAPATA (hereinafter collectively "Defendants"), by and through their attorneys, PARDALIS & NOHAVICKA, LLP, offer to allow judgment to be entered against them in favor of and with respect to all claims asserted by Plaintiff YESSICA RODRIGUEZ in the above-referenced caption, in the gross amount of Twenty Five Thousand Dollars ($25,000.00) ("Payment Amount"), which includes Plaintiff's claims for relief, reasonable attorneys' fees and costs accrued up through the earlier of the expiration, rejection or acceptance of this offer. This offer of judgment is intended to resolve, in full satisfaction, all of Plaintiff's claims as alleged in the Complaint pertaining to this Action, including any reasonable attorneys' fees and costs Plaintiff is demanding from Defendants. This offer is made for the purpose of Fed. R. Civ. P. 68 only, and neither it nor any judgment resulting from this offer may be construed as an admission (a) of liability on the part of Defendants; or (b) that Plaintiff has

suffered any damage whatsoever. The payment amount shall be paid over a period of sixteen (16) installments with the first (1st) payment of Ten Thousand Dollars ($10,000) due on or before March 1, 2021 and the Second (2nd) through Sixteenth (16th) payments of One Thousand Dollars and Zero Cents ($1,000.00) due monthly on the 1st of each month thereafter. If Defendants default on two payment dates under this schedule, payment obligations shall accelerate and become immediately due on the outstanding judgment amount.

Date: December 15, 2020
      New York, New York

                                            PARDALIS & NOHAVICKA, LLP

                                            */s/Eleni Melekou*
                                            Eleni Melekou, Esq.
                                            Pardalis & Nohavicka LLP
                                            950 3rd Av., 25th Fl.
                                            New York, NY 10022
                                            212-213-8511
                                            eleni@pnlawyers.com
                                            *Attorneys for Defendants*

To: Michael Faillace & Associates, P.C.
Michael Faillace, Esq.
60 East 42nd Street, Suite 4510
New York, New York 10165
*Attorneys for Plaintiff*