**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

YESSICA RODRIGUEZ, *individually and on behalf of others similarly situated*,

          *Plaintiff*,

-against-

COATZINGO BAKERY & MEXICAN PRODUCTS CORP. (D/B/A COATZINGO BAKERY), RUFINO ZAPATA, and MELITON ZAPATA,

          *Defendants*.

Case No. **1:20-cv-03633**-PKC-RLM

**[Proposed Form Of] JUDGMENT**

---

## JUDGMENT

On December 17, 2020 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff YESSICA RODRIGUEZ have judgment against Defendants COATZINGO BAKERY & MEXICAN PRODUCTS CORP. (D/B/A COATZINGO BAKERY), RUFINO ZAPATA, and MELITON ZAPATA (collectively "Defendants"), jointly and severally, in the amount of $25,000 (Twenty-Five Thousand Dollars) which is inclusive of Plaintiff's claims for relief, reasonable attorneys' fees and costs.

This judgment is intended to resolve, in full satisfaction, all of Plaintiff's claims as alleged in the Complaint pertaining to this Action, including any reasonable attorneys' fees and costs Plaintiff is demanding from Defendants. This offer is made for the purpose of Fed. R. Civ. P. 68 only, and neither it nor any judgment resulting from this offer may be construed as an

admission (a) of liability on the part of Defendants; or (b) that Plaintiff has suffered any damage whatsoever. The payment amount shall be paid over a period of sixteen (16) installments with the first (1st) payment of Ten Thousand Dollars ($10,000) due on or before March 1, 2021 and the Second (2nd) through Sixteenth (16th) payments of One Thousand Dollars and Zero Cents ($1,000.00) due monthly on the 1st of each month thereafter. If Defendants default on two payment dates under this schedule, payment obligations shall accelerate and become immediately due on the remainder of the judgment amount.

Dated:  1/4/2021 , ~~2020~~

s/Hon. Pamela K. Chen
_____

**HON. PAMELA K. CHEN**
